Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13069−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry A Washington
   360 Liberty Road
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−8653

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/3/23 at 10:00 AM

to consider and act upon the following:

**77** − Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: 360 Liberty Road, Englewood, NJ 07631. Fee Amount $ 188. filed by Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12, 49 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12. Objection deadline is 04/21/2023. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12) filed by Brad J. Sadek on behalf of Henry A Washington. (Sadek, Brad)

Dated: 4/17/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court