Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−13069−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry A Washington
   360 Liberty Road
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−8653

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/3/23 at 10:00 AM

to consider and act upon the following:

*77* − Certification in Opposition to (related document:75 Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: 360 Liberty Road, Englewood, NJ 07631. Fee Amount $ 188. filed by Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12, 49 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12. Objection deadline is 04/21/2023. (Attachments: # 1 Exhibit A − Court−Approved Stipulation # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET−BACKED CERTIFICATES, SERIES 2005−FF12) filed by Brad J. Sadek on behalf of Henry A Washington. (Sadek, Brad)

Dated: 4/17/23

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 22-13069-RG
Henry A Washington                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2
Date Rcvd: Apr 17, 2023      Form ID: ntchrgbk      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry A Washington, 360 Liberty Road, Englewood, NJ 07631-2110 |
| cr | + | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESO, 130 Clinton Road,, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

**Name**      **Email Address**

Aleisha Candace Jennings
     on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 ajennings@raslg.com

Brad J. Sadek
     on behalf of Debtor Henry A Washington bradsadek@gmail.com
     bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com

Denise E. Carlon
     on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini
     on behalf of Creditor WILMINGTON TRUST  NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: ntchrgbk | Total Noticed: 2 |

CERTIFICATES, SERIES 2005-FF12 mcozzini@sternlav.com

Marie-Ann Greenberg
magecf@magtrustee.com

Sindi Mncina
on behalf of Creditor WILMINGTON TRUST NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7